

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

D'Jaman Keshod West,     * From the 350th District Court
             of Taylor County,
             Trial Court No. 12939-D.

Vs. No. 11-23-00034-CR     * February 21, 2025

The State of Texas,      * Memorandum Opinion by Bailey, C.J.
             (Panel consists of: Bailey, C.J.,
             Trotter, J., and Williams, J.)

  This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.